IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER BEHANNA, LINDA ROSS and DEBBIE BEHANNA,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASHINGTON COUNTY PROBATION, HEATHER TESTA, LESLIE RIDGE, DOES 1-10,<br><br>    Defendants. | Civil Action No. 20 – 609<br><br>Magistrate Judge Lisa Pupo Lenihan |

### MEMORANDUM ORDER

Per the Court's Order entered on June 5, 2020, the Inmate Account Officer at Plaintiff's place of confinement was ordered to cease withdrawal of funds from Plaintiff's inmate account to pay the filing fee in this case since this case was opened in error. (ECF No. 13.) Prior to entering that Order, the Inmate Account Officer sent in a partial payment of $58.04, but it was not posted to the docket until today. (ECF No. 15.) Accordingly, this 13th day of July, 2020,

**IT IS HEREBY ORDERED** that the Clerk of Court issue Plaintiff a refund in the amount of $58.04.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the Inmate Account Officer at Plaintiff's place of confinement. The Inmate Account Officer is reminded to cease withdrawal of funds from Plaintiff's inmate account to pay the filing fee in this case.

**AND IT IS FURTHER ORDERED** that, in the event that future payments are received by Plaintiff to pay the filing fee in this case, the Clerk of Court issue Plaintiff refunds in the amount equal to those payments.

Lisa Pupo Lenihan
United States Magistrate Judge

Cc:   Walter Behanna
      20100017365
      WCCF
      100 West Cherry Street
      Washington, PA  15301

      Inmate Account Officer
      WCCF
      100 West Cherry Street
      Washington, PA  15301